```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DAVID JOHNSON                                CIVIL ACTION

VERSUS                                       NO: 12-2056

BURL CAIN                                    SECTION: "J"(4)
```

### ORDER

Considering this Court's Order and Reasons, dated July 3, 2013 **(Rec. Doc. 9)**,

**IT IS HEREBY ORDERED** that David Johnson's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this 3rd day of July, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE